UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-20132-CIV-GOLD/WHITE

STANFORD GREEN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS [DE 14 AND 17];
DENYING MOTION TO VACATE [DE 1];
DENYING MOTION TO STAY DEPORTATION [DE 15]; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge Patrick A. White's Report of Magistrate Judge [DE 14] ("Report"), filed June 8, 2009, recommending denial of Movant Stanford Green's Motion to Vacate Pursuant to 28 U.S.C. § 2255 [DE 1], and Magistrate Judge White's Report of Magistrate Judge [DE 17] ("Deportation Report"), filed June 29, 2009, recommending denial of Movant's Petition for Emergency Stay of Deportation [DE 15]. In his § 2255 motion [DE 1], Movant seeks to vacate or set aside pursuant to 28 U.S.C. §2255 his conviction and sentence for making or aiding and abetting a false statement in connection with the acquisition of a firearm and possession of a firearm by a convicted felon, entered following a guilty plea in Case No. 06-20679-CR-GOLD. Movant argues that he was denied effective assistance of counsel. In the Report, Magistrate Judge White sets forth each of the Movant's fourteen grounds for claiming ineffective assistance of counsel, and explains why each does not meet the test set forth in *Strickland v. Washington*, 466 U.S. 668 (1984), namely that, to prevail

1

on a claim of ineffective assistance of counsel, the Movant must establish that 1) his counsel's representation fell below an objective standard of reasonableness; and 2) but for the deficiency in representation, there is a reasonable probability that the result of the proceeding would have been different.

On July 8, 2009, Movant filed a Motion to Expedite a Ruling on Motion to Vacate [DE 18]. Movant filed no other objections to the Report. In the Motion to Expedite, Movant argues in wholesale form that his attorney and the government were prejudiced against him and that he is innocent, but does not set forth an objection to any of the arguments presented by the Magistrate Judge on the fourteen possible grounds for dismissal. Accordingly, I conclude that Movant has failed to present any cognizable legal objection to the Report, and I affirm and adopt the Magistrate Judge's Report.

As to Movant's Petition for Emergency Stay of Deportation [DE 15], Movant seeks a stay of deportation because Movant could be removed from the United States at any time. In the Deportation Report, Magistrate Judge White recommends denying Movant's petition, as it is devoid of any facts to suggest that he has challenged the deportation order through administrative channels, and Movant has failed to demonstrate that this Court has jurisdiction to review the deportation order. Movant filed a Supplemental Response to Petition for Emergency Stay of Deportation [DE 19], stating he has been detained by DHS because of the conviction that is under attack in his § 2255 motion. Movant filed no other objections to the Deportation Report. As discussed above, I concur with Magistrate Judge White that Movant has not presented a claim for ineffective assistance of counsel and deny Movant's § 2255 motion. As Movant has

presented no other objection to the Deportation Report, I affirm and adopt the Deportation Report and deny Movant's Petition for Emergency Stay of Deportation [DE 15]. Accordingly, it is hereby

ORDERED AND ADJUDGED:

1. The Report of Magistrate Judge [DE 14] is AFFIRMED AND ADOPTED.
2. Movant's § 2255 Motion [DE 1] is DENIED.
3. The Report of Magistrate Judge [DE 17] is AFFIRMED AND ADOPTED.
4. The Petition for Emergency Stay of Deportation [DE 15] is DENIED.
5. The Motion to Expedite a Ruling on Motion to Vacate [DE 18] is DENIED AS MOOT.
6. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of August, 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Patrick A. White
All Counsel and Parties of Record